United States District Court
Southern District of Texas
**ENTERED**
March 04, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SALVADOR SEGOVIA, JR., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:24-CV-04918 |
| | § | |
| PRO VENTURE REALTY, L.P., | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is Plaintiff's Notice of Voluntary Dismissal. Doc. #9. In accordance with the Notice of Voluntary Dismissal and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, it is hereby ORDERED that this action is DISMISSED WITH PREJUDICE.

It is so ORDERED.

MAR 03 2025
Date

The Honorable Alfred H. Bennett
United States District Judge